KATHERINE HELEN MAGRI *vs.* FRANCIS ANTHONY MAGRI.

Kennebec.    Decided October 2, 1945.

PER CURIAM

This petition for Annulment of decree of divorce obtained by the respondent at the June Term 1943, of the Superior Court for Kennebec County on hearing was denied and exceptions reserved.

After a full consideration of the case, a majority of the Court having failed to agree upon the issues raised, the exceptions are overruled.

*Exceptions overruled.*

*William H. Niehoff,* for the plaintiff.

*Ralph A. Gallagher,*

*Frank A. Tirrell,* for the defendant.

SITTING: STURGIS, C. J., THAXTER, HUDSON, MANSER, MURCHIE, CHAPMAN, JJ.